FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2007 JUL 24 AM 10: 24

July 21, 2007

Clerk of the Bankruptcy Court
1132 Bishop Street
Suite 250L
Honolulu, Hawaii 96813

Re: Kalani, John K.
    Bankruptcy No: 04-01539
    Unclaimed funds

Dear Clerk:

Please find enclosed check no. 116 in the amount of $4,870.90 made payable to Clerk of the Bankruptcy Court. The following were returned with no forwarding addresses.

| Claim No. | Claimant/Last Known Address | Claim Amount | Proposed Distribution |
|---|---|---|---|
| Trustee Fees | DECEDENT ESTATE OF MARY LOU WOO 92-1222 HOOKOMO STREET KAPOLEI, Hawaii 96707 | $4,850.00 | $4,850.00 |
| Trustee Expenses | DECEDENT ESTATE OF MARY LOU WOO 92-1222 HOOKOMO STREET KAPOLEI, Hawaii 96707 | $20.90 | $ 20.90 |
| | | | |
| Total Amount Unclaimed Funds | | | $4,870.90 |

                        James B. Nicholson,
                        Trustee